In the Matter of JULE FINK, Appellant, against JOCKEY CLUB, Respondent, and ASHLEY T. COLE et al., Constituting the Racing Commission of the State of New York, Interveners, Respondents.

Submitted October 2, 1950; decided October 20, 1950.

*Charles H. Tuttle* and *Bernard Segal* for motion for leave to appeal and *Charles H. Tuttle* in opposition to motions to dismiss appeal.

*Martin A. Schenck, Harold C. McCollom* and *John W. Burke, Jr.,* for motion to dismiss appeal and in opposition to motion for leave to appeal.

*Nathaniel L. Goldstein, Attorney-General (John P. Powers* and *Wendell P. Brown* of counsel), for motion to dismiss appeal and in opposition to motion for leave to appeal.

Motion for leave to appeal denied.

Motions to dismiss appeal denied.